UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6445914 |
| DOCCIA WATSON | : | <u>ORDER OF DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, United States Attorney for the District of New Jersey, dismisses Violation No. 6445914 against defendant Doccia Watson, which was issued in June 1, 2018, threat to Social Security Administration Employee, in violation of 42 U.S.C. § 1320(a) for the reason that prosecution of defendant Doccia Watson is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Doccia Watson of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 10/25/18